**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

Abdoulaye Abdala,

Petitioner,

v.

Eric Rokosky, Warden, Eloy Detention Center, et al.,

Respondents.

No. CV 26-01595 PHX JCH (CDB)

**REPORT AND RECOMMENDATION**

A 241 417 876

**TO THE HONORABLE JOHN C. HINDERAKER:**

Petitioner, a native and citizen of Togo, filed a § 2241 petition on March 6, 2026, while he was detained at the Eloy Detention Center. Petitioner sought his release from immigration detention. Respondents answered the petition on April 3, 2026, averring Petitioner was under a final order of removal and the length of his detention did not require his release pursuant to *Zadvydas v. Davis*. (ECF No. 10). Petitioner filed a reply on April 20, 2026. (ECF No. 12).

On July 15, 2026, Respondents notified the Court that Petitioner had been removed from the United States. (ECF No. 14). Accordingly,

**IT IS RECOMMENDED that** the Court issue an order denying the petition at ECF No. 1 as **moot**.

This recommendation is not an order that is immediately appealable to the Ninth Circuit Court of Appeals. Any notice of appeal pursuant to Rule 4(a)(1), Federal Rules of Appellate Procedure, should not be filed until entry of the District Court's judgment. Rule 72(b), Federal Rules of Civil Procedure, provides that the parties shall have fourteen (14)

days from the date of service of a copy of this recommendation within which to file specific written objections with the Court. Pursuant to Rule 7.2(e)(3) of the Local Rules of Civil Procedure for the United States District Court for the District of Arizona, objections to the Report and Recommendation may not exceed ten (10) pages in length. Failure to timely file objections to any factual or legal determinations of the Magistrate Judge will be considered a waiver of a party's right to de novo appellate consideration of the issues. *See United States v. Reyna–Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc).

Dated this 16th day of July, 2026.

Camille D. Bibles
United States Magistrate Judge