# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

Abdoulaye Abdala,

        Petitioner,

v.

Eric Rokosky,

        Respondent.

No. CV-26-01595-PHX-JCH

**ORDER**

Before the Court is Magistrate Judge Camille D. Bibles's Report and Recommendation ("R&R"), recommending the Court deny as moot the Petition for writ of habeas corpus. Pro se Petitioner Abdoulaye Abdala filed his 28 U.S.C. § 2241 petition challenging the length of his immigration detention on March 2, 2026, seeking release from immigration detention (Doc. 1). On July 15, 2026, Respondents notified the Court that Petitioner had been removed from the United States (Doc. 14).

Because neither party objected to the R&R, the Court reviews it for clear error, *See Johnson v. Zema Sys. Corp.*, 170 F.3d 734, 739 (7th Cir. 1999), and finds none.

Accordingly,

**IT IS ORDERED adopting in full** Magistrate Judge Camille D. Bibles's Report and Recommendation and **denying as moot** the Petition (Doc. 1).

**IT IS FURTHER ORDERED directing** the Clerk of the Court to deny as moot any pending motions and close this case.

Dated this 5th day of August, 2026.

John C. Hinderaker
United States District Judge